UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION
Case No. 01-14230-CIV-GRAHAM/LYNCH

MARCELLUS M. MASON, JR.,

    Plaintiff,

vs.

HIGHLANDS COUNTY COMMISSIONERS, et.al.,

    Defendants.
_____/

FILED by ___ D.C.
MAR 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Permission to Appeal In Forma Pauperis (D.E. 56).

**THE COURT** has considered the Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion is DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March 2002.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Lynch
     Marcellus M. Mason, Jr.
     Maria N. Sorolis, Eaq.

